UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SHMUEL KLEIN,

                          Plaintiff,

    -against-                                           15 **CIVIL** 9093 (NSR)

                                                    **JUDGMENT**

JOHN BELTEMPO, individually and in his
Official capacity as Police Officer for the Village
Of Spring Valley Police Department, and Police
Officer LOUIS SCORZIELLO, individually and in
His official capacity as a Police Officer of Spring
Valley Police Department,

                        Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 27, 2020, Defendants' motion to dismiss is GRANTED. The Second Amended Complaint is dismissed as against Defendants Scorziello and Beltempo for lack of personal jurisdiction; accordingly, this case is closed.

**Dated:** New York, New York

         May 28, 2020

                                                        **RUBY J. KRAJICK**
                                                         **Clerk of Court**
                         **BY:**
                                                         **Deputy Clerk**